**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : **Case No. 2:22-cr-00223** |
| **Plaintiff,** | : |
| | : **JUDGE ALGENON L. MARBLEY** |
| **v.** | : |
| | : |
| **RATHNAKISHORE GIRI,** | : |
| | : |
| **Defendant.** | : |

## ORDER

This matter comes before this Court on the Joint Motion (ECF No. 68) of Defendant Rathnakishore Giri and the Government to Continue Sentencing currently set for November 25, 2025. As stated in the Motion, the parties seek a continuance of sentencing for approximately 75 days until February 2026 because Mr. Giri "violated terms of his pretrial release." (*Id.* at 1–2). They note that "[t]he bond violations have raised several issues that may affect sentencing guideline calculations . . . as well as the likely order of restitution," necessitating additional time for investigation and preparation of sentencing memoranda. (*Id.* at 2).

This Court must sentence defendants without unnecessary delay. Fed. R. Crim. P. 32(b)(1); *see Betterman v. Montana*, 578 U.S. 437, 447 (2016) ("After conviction, a defendant's due process right to liberty, while diminished, is still present. He retains an interest in a sentencing proceeding that is fundamentally fair."). But this Court also has the discretion to delay sentencing for good cause. Fed. R. Crim. P. 32(b)(2); *see United States v. Gooden*, 2022 WL 767153, at *2 (6th Cir. Mar. 14, 2022). In this case, Defendant has sought this continuance with the Government, and therefore such a continuance would not violate his due process rights. *See generally United States v. Washington*, 2024 WL 3568924, at * 9–10 (S.D. Ohio July 29, 2024) (evaluating due process

violation from sentencing delay by considering the length of delay, reason for delay, defendant's assertion of rights, and prejudice).  Rather, a continuance would protect Defendant's due process rights by ensuring he has an opportunity to "address all relevant issues for the Court's consideration" prior to sentencing.  (ECF No. 68 at 2).

For good cause shown, the Motion is **GRANTED**.  Sentencing now will take place on **February 20, 2026**, at **9:30 am**.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:  November 18, 2025**