# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

    v.

RATHNAKISHORE GIRI,

      Defendant.

Case No. 2:22-cr-223

JUDGE ALGENON L. MARBLEY

---

## DEFENDANT'S UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL

---

In accordance with S.D. Ohio Civ. R. 5.2.1, as incorporated by S.D. Ohio Crim. R. 1.2, Defendant Rathnakishore Giri, through his counsel of record, respectfully requests that the Court issue an order permitting him to file his Sentencing Memorandum and its related attachments under seal for the reasons set out in the attached memorandum

Respectfully submitted,

*/s/ Michael J. Hunter*
Michael J. Hunter (0076815)
**Flannery | Georgalis, LLC**
175 S. Third Street, Suite 285
Columbus, Ohio 43215
(614) 324-4139
mhunter@flannerygeorgalis.com

*Counsel for Defendant Rathnakishore Giri*

## MEMORANDUM IN SUPPORT OF MOTION

Counsel for Defendant Rathnakishore Giri intends to file a Sentencing Memorandum in this matter. In the Sentencing Memorandum, counsel intends to provide sensitive, non-public information for the Court's consideration. Counsel has also received letters in support of Mr. Giri which counsel intends to attach to the Sentencing Memorandum for the Court's consideration. These letters discuss Mr. Giri's personal history. To protect this sensitive, non-public information and the personal information in the letters in support, counsel respectfully requests that he be allowed to file the Sentencing Memorandum and its related attachments under seal.

Counsel for the government was contacted and has indicated that they do not oppose this motion.

Therefore, Defendant Rathnakishore Giri respectfully requests that the Court issue an Order allowing his Sentencing Memorandum and related attachments to be filed under seal.

Respectfully submitted,

*/s/ Michael J. Hunter*
Michael J. Hunter (0076815)
**Flannery | Georgalis, LLC**
175 S. Third Street, Suite 285
Columbus, Ohio 43215
(614) 324-4139
mhunter@flannerygeorgalis.com

*Counsel for Defendant Rathnakishore Giri*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, a copy of the foregoing was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to the represented parties by operation of the Court's electronic filing system.

*/s/ Michael J. Hunter*
Michael J. Hunter (0076815)

*Counsel for Defendant Rathnakishore Giri*